ORIGINAL

FILED

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0200

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0200

FILED

JUN 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TIMOTHY GALE MUNYAN,

Defendant and Appellant.

ORDER

Pursuant to M. R. App. P. 16(5), the parties in this matter have stipulated and move for an order remanding this proceeding to the Nineteenth Judicial District Court, Lincoln County, and dismissing the remainder of this appeal with prejudice.

The parties agree that at sentencing, the District Court struck paragraph 13(b) of the presentence investigation report, which recommended a $500 surcharge under § 46-18-236(1)(b), MCA. However, the written judgment includes a $20 surcharge under § 46-18-236(1)(b), MCA. The parties agree that it is in the best interests of justice and efficiency for this Court to remand this matter to the District Court to strike this surcharge from the written judgment. Appellant Timothy Gale Munyan has agreed to dismiss the remainder of this appeal with prejudice.

IT IS THEREFORE ORDERED that this case is REMANDED to the Nineteenth Judicial District Court for entry of an amended judgment and sentence. The court is directed to STRIKE the $20 surcharge under § 46-18-236(1)(b), MCA, from the written judgment.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Lincoln County, and to the Honorable Matthew Cuffe, presiding District Judge.

Dated this 28th day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices